# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA,     :
                        :
       v.              :
                        :        CRIMINAL ACTION NO.
SHAWN LAVON BROWN,        :        1:12-cr-0389-AT-1
                        :

## **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") that this Court deny Defendant Shawn Lavon Brown's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. 502]. [1]  A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980).  The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none.

Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and

---

[1] Defendant has also filed a motion to dismiss the indictment [Doc. 460] which he then later moved to strike "pending the outcome of the Defendant Civil Action Case No. 14:16-cv-3315-AT" [Doc. 463 at 1].  The Court hereby **GRANTS** Defendant's motion to strike [Doc. 463].

Recommendation as the opinion of this Court.  For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. 444].  Defendant is denied a certificate of appealability.

**IT IS SO ORDERED** this 4th day of September, 2018.


Amy Totenberg
United States District Judge